```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :   CONSENT PRELIMINARY ORDER
        - v. -                     :   OF FORFEITURE/
                                   :   MONEY JUDGMENT
BRUCE BAGLEY,                      :
                                   :   19 Cr. 765 (JSR)
                    Defendant.     :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about October 24, 2019, BRUCE BAGLEY (the "defendant"), was charged in a three-count Sealed Indictment, 19 Cr. 765 (JSR) (the "Indictment"), with conspiracy to commit money laundering, in violation of, Title 18, United States Code, Section 1956(h)(Count One) and money laundering, in violation of Title 18, United States Code, Sections 1956(a)(3)(B)and 2 (Counts Two and Three);

WHEREAS, the Indictment included a forfeiture allegation as to Counts Two and Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $474,000 in United States currency, representing property involved in the offenses charged in Counts Two and Three of the Indictment;

WHEREAS, on or about June 1, 2020, the defendant pled guilty to Counts Two and Three of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Counts Two and Three of the Indictment and agreed to forfeit to the United States, pursuant

to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $474,000 in United States currency, representing property involved in the offenses charged in Counts Two and Three of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $474,000 in United States currency, representing the amount of property involved in the offenses charged in Counts Two and Three of the Indictment;

WHEREAS, the defendant agrees to make a payment of $232,000 to the United States (the "Payment") on or before the date of sentencing;

WHEREAS, the Government agrees to accept the Payment in full satisfaction of the Money Judgment provided the Payment is made on or before the date of sentencing; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the property involved in the offenses charged in Counts Two and Three of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, THANE REHN, of counsel, and the defendant, and his counsel, PETER QUIJANO, Esq. and ANNA SEDARIS, Esq. that:

1. As a result of the offenses charged in Counts Two and Three of the Indictment, to which the defendant pled guilty,

a money judgment in the amount of $474,000 in United States currency (the "Money Judgment"), representing the amount of property involved in the offenses charged in Counts Two and Three of the Indictment, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, BRUCE BAGLEY, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. The Government agrees to accept the Payment in full satisfaction of the Money Judgment provided the Payment is made on or before the date of sentencing.

6. If for any reason the Payment is not made on or before the date of sentencing, then pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

7. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

8. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

9. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

10. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____/s/ Thane Rehn_____     06/01/2020
    THANE REHN                              DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212)637-2354


BRUCE BAGLEY


By: _____     _____
    BRUCE BAGLEY                            DATE



By: _____     _____
    PETER QUIJANO, ESQ.                     DATE
    ANNA SEDARIS, ESQ.
    Attorneys for Defendant
    40 Fulton Street, Floor 23
    New York, NY 10038

SO ORDERED:


_____      _____
HONORABLE JED S. RAKOFF                     DATE
UNITED STATES DISTRICT JUDGE

10. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____   _____
    THANE REHN                             DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2354

BRUCE BAGLEY

By: _____   6/1/2020
    BRUCE BAGLEY                            DATE

By: _____   6/1/20
    PETER QUIJANO, ESQ.                     DATE
    ANNA SEDARIS, ESQ.
    Attorneys for Defendant
    40 Fulton Street, Floor 23
    New York, NY 10038

SO ORDERED:

_____   _____
HONORABLE JED S. RAKOFF              DATE
UNITED STATES DISTRICT JUDGE

10. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____          _____
    THANE REHN                                DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2354

BRUCE BAGLEY

By: _____          _____
    BRUCE BAGLEY                              DATE

By: _____          6/1/20
    PETER QUIJANO, ESQ.                       DATE
    ANNA SEDARIS, ESQ.
    Attorneys for Defendant
    40 Fulton Street, Floor 23
    New York, NY 10038

SO ORDERED:

_____              6/1/20
HONORABLE JED S. RAKOFF                      DATE
UNITED STATES DISTRICT JUDGE