```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :      19-cr-765 (JSR)
            -v-                      :
                                     :
BRUCE BAGLEY,                        :      ORDER
                                     :
            Defendant.                :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

During a telephonic conference convened earlier today pursuant to the Court's individual rules, the defense requested an adjournment of the sentencing, currently set for May 18, 2021, to allow the defendant, who is in Florida, to proceed with ongoing medical treatment. The Government took no position.

The defense's application for an adjournment is granted. The parties are ordered to jointly call chambers on June 28, 2021 at 11:00 a.m. to update the Court on the defendant's health. If, at that date, there remain issues with the defendant travelling to New York, the Court will consider whether it has the authority to proceed with a remote sentencing.

SO ORDERED.

Dated:  New York, NY
        April 28, 2021

_____
JED S. RAKOFF, U.S.D.J.