Honorable Jed S. Rakoff, U.S.D.J.
November 10, 2021
Page 2

## *QUIJANO ENNIS & SIDERIS*
ATTORNEYS AT LAW
305 Broadway
Floor Seven
NEW YORK, NEW YORK  10007
TELEPHONE: (212) 686-0666
**Peter Enrique Quijano Cell: (917) 716-6312**
FAX: (212) 686-8690
peter@qandelaw.com; nancyleeennis@gmail.com; annasideris@yahoo.com

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

November 10, 2021

**By ECF**

The Honorable Jed S. Rakoff
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: U.S. v. Bruce Bagley, 19 Cr. 765 (JSR)

Dear Judge Rakoff:

Attached are the Exhibits in relation to the Sentencing Memorandum in U.S. v. Bruce Bagley, 19 Cr. 754 (JSR), which was filed earlier today.

Exhibit A: Letters in support of Bruce Bagley
Exhibit B: Bruce Bagley's CV
Exhibit C: Filed Under Seal[1]
Exhibit D: Filed Under Seal
Exhibit E: Filed Under Seal
Exhibit F: Filed Under Seal
Exhibit G: Filed Under Seal

---

[1] "Exhibits Filed Under Seal" were provided to the Court by defense counsel via email on November 9, 2021

Honorable Jed S. Rakoff, U.S.D.J.
November 10, 2021
Page 2

Exhibit H: Filed Under Seal
Exhibit I: List of cases where Dr. Bagley was an expert witness
Exhibit J: Filed Under Seal
Exhibit K: Letters in support from Bruce Bagley's children
L: Letter from Bruce Bagley.

    Remote Sentencing in this matter is scheduled before Your Honor for November 16, 2021 at 3:30 P.M.

                                Respectfully submitted

                                /s/

                                Peter E. Quijano
                                Anna N. Sideris

cc:    A.U.S.A. Nathan M. Rehn (By email)
       A.U.S.A. Sebastian Swett (By email)