# Exhibit A

## DECLARACION JURADA DEL DR. BRUCE BAGLEY

Yo, Dr. Bruce Michael Bagley declaro lo siguiente:

### Introducción

1. Mi nombre es Dr. Bruce Michael Bagley. Soy ciudadano y residente de los Estados Unidos de América. Soy profesor y antiguo presidente del departamento de Estudios Internacionales de la Universidad de Miami. Soy experto en temas de narcotráfico, crimen organizado, corrupción, violencia política y movimientos guerrilleros, con enfoque especial en Colombia. (Ver CV adjuntado).

2. En mi opinión profesional, creo que no existe suficiente evidencia confiable para determinar la culpabilidad del ex Gobernador del departamento de Guajira en Colombia de América del Sur, el señor Juan Francisco "Kiko" Gómez Cerchar.

3. Algunos familiares del ex Gobernador Gómez Cerchar, en el pasado, han sido ligados a negocios políticos ilícitos organizados y operados por grupos paramilitares junto con sus colaboradores criminales. La reputación del Sr. Gómez Cerchar ha sido mancillada por el involucramiento de sus familiares con dichos criminales. Pero, no existe evidencia contundente que el Sr. Gómez Cerchar esté personalmente involucrado. Tampoco hay una acusación formal en contra del él en los Estados Unidos de América de la cual esté enterado.

4. La reputación del Sr. Gómez Cerchar ha sido dañada por una culpabilidad por asociación. La resistencia presentada por el mismo Sr. Gómez Cerchar en contra de estos grupos anteriormente, y su cooperación con cuerpos gubernamentales en procedimientos en contra de éstas organizaciones paramilitares/ traficantes y sus líderes, hacen menos probable la sospecha de su involucramiento, pero si un objeto de represalia en su contra de parte de miembros activos de estos grupos ilícitos y de autoridades del gobierno Colombiano que participan y apoyan dichas actividades, o lo hicieron en algún punto anteriormente.

5. Basándome en mi continuas investigaciones académicas acerca de Colombia, en el contexto reinante de violencia y desorden que caracteriza a Colombia actualmente- ocasionado por la confluencia de organizaciones transnacionales de tráfico de drogas, organizaciones militares sucesoras, bandas de guerrilla con ideología Marxista con las FARC (Fuerzas Armadas Revolucionarias de Colombia) y la extensa complicidad por parte de autoridades del gobierno Colombiano (incluyendo elementos importantes de las fuerzas de seguridad en el gobierno)- la posibilidad de que individuos que han sido ya sentenciados por su envolvimiento en actividades ilícitas denuncien al ex gobernador a cambio de una reducción de su sentencia por las autoridades Colombianas es más probable que improbable.

1

Trayectoria Profesional

6. Soy un científico político, profesor en el departamento de Estudios Internacionales en la Universidad de Miami, también servir como ex presidente del mismo departamento anteriormente. Soy ex director del Centro de Estudios sobre Latinoamérica de la misma Universidad situada en Coral Gables, Florida. Durante los últimos veintitrés años en esta universidad he enseñado clases a nivel licenciatura, maestría y doctorado enfocadas a América Latina, enfocadas más específicamente en Colombia. Entre las clases que enseño están: La Política Económica del Desarrollo en Latinoamérica, La Reforma Agraria y Política Económica del Desarrollo Rural en América Latina, Campesinos, Guerrillas y Movimientos Revolucionarios en América Latina, Relaciones Inter-Americanas, Historia de Latinoamérica, Relaciones Civiles-Militares y Transiciones Democráticas en Latinoamérica, La Política Exterior de las Repúblicas Andinas, Sociedad y Política en Colombia, Relaciones entre EEUU-Latinoamérica, Narcotráfico en las Américas. Anteriormente serví como Director del Proyecto de Estudios Andinos en la Universidad de Miami, el cual se especializaba en asuntos Colombianos, también fungí como Director del curso Republicas Andinas en el Instituto de Servicios Exteriores del Departamento de Estado de los Estados Unidos enfocado en asuntos sobre Colombia y la región Andina.

7. Antes de mi llegada a la Universidad de Miami en 1987, era Profesor Asociado de Política Comparada y Estudios Latinoamericanos en la Escuela en la School of Advanced International Studies (SAIS) en la Universidad Johns Hopkins de 1983-1987. Durante este tiempo continúe mis investigaciones sobre Colombia y publiqué un numero de artículos de mi autoría acerca de Colombia.

8. Domino los dos idiomas español e inglés.

9. He investigado las políticas de Colombia desde los años 70 cuando empecé mis estudios doctorales en Ciencias Políticas, título recibí de la Universidad de California en Los Ángeles (UCLA) en 1979. Continuo has hoy conduciendo investigaciones desde mi Universidad situada en Miami y también durante mis viajes de investigación a Colombia.

10. Durante un poco más de tres décadas, he visitado Colombia en numerosas ocasiones y he pasado tiempo considerable en ciudades como Medellín, Cali y Bogotá particularmente. Mis visitas a Colombia empezaron cuando me hice voluntario de los Cuerpos de Paz en Fusagasugá, Cundinamarca, Colombia, de 1968 a 1970. He conducido investigaciones en sociedad y política Colombiana, incluyendo-entre otras áreas- temas de narcotráfico, crimen organizado, grupos guerrilleros, y las relaciones EEUU- Colombia, mientras trabajaba como profesor visitante en varias universidades en Colombia y con becas otorgadas por instituciones como: SSRC, Fulbright, U.S. State Department, Ford Foundation, MacArthur Foundation, Tinker Foundation COLCIENCIAS, OSI, University of Miami, and The Johns Hopkins University – SAIS, entre otras, de los dos Colombia y los Estados Unidos.

11. He sido autor y co-autor de más de cuarenta artículos y capítulos en libros acerca de Colombia, que han sido publicados en numerosas revistas académicas y en volúmenes editados en los Estados Unidos, Colombia, otras partes de Latinoamérica y Europa, enfocados principalmente en la política y economía Colombiana, violencia guerrillera, narcotráfico, crimen organizado, y relaciones entre Estados Unidos y Colombia. He publicado éstos artículos tanto en español como en inglés. Empecé investigando y escribiendo sobre Colombia en los años 70 como profesor visitante en la Universidad de los Andes en Bogotá, Colombia, y he continuado has ahora mis publicaciones académicas e investigaciones sobre Colombia por casi cuarenta años, incluyendo algunas publicaciones pendientes este año. Entre mis artículos más recientes se encuentran: "Drug Trafficking, Political Violence and U.S. Policy in Colombia the 1990s." (2005; 2007); "The Colombian-Mexican Connection" (2009); and "Organized Crime and Drug Trafficking in Latin America and the Caribbean: Major Trends in the Twenty-First Century." (2012). Tambien he sido autor, editor y co-editor de catorce libros publicados, incluyendo seis sobre Colombia. Mi más reciente libro co-editado en temas de Colombia se titula: "La desmovilización paramilitar en Colombia: Entre el escepticismo y la esperanza" (con Dr. Elvira Maria Restrepo, 2011).

12. Los títulos de otros artículos publicados sobre Colombia de mi autoría incluyen: "Colombian Society," "The State and the Peasantry in Colombia," "Drug trafficking and the Politics of U.S. Colombian Relations," "Drugs, Political Violence and Colombian-US Relations in the 1990s," "Colombia en el banquillo," "Colombia and the Drug War," "Dateline Drug Wars: Colombia - Wrong Strategy," "The Anti-Narcotics Law of 1988 en the United States and its Impact on Colombia," "Colombia and the War on Drugs," "Between Macondo and El Dorado: Notes on the Political Economy of Contemporary Colombia," "Colombian Politics: Crisis or Continuity," "The Colombian Crisis and Colombian-Venezuelan relations," "The Drug War in Colombia," in William O. Walker, ed., Drugs in the Western Hemisphere: An Odyssey of Cultures in Conflict, "Cartagena II: Whither the War on Drugs in the Americas," "Commentaries", en Jesus Antonio Bejarano, ed., Building Peace: Memories of the Peace, Democracy and Development Seminar, "Narcotraffic: Colombia Besieged," en Francisco Leal Buitrago y Leon Zamosc, ed., Al Filo del Caos: Political Crisis en the Colombia of the 1980s, "Colombian Society," in Sandra Meditz, et. al, eds., Colombia: A Country Study, "The Colombian Connection: The Impact of Drug Traffic on Colombia," en Deborah Pacini y Christine Franquemont, eds., Coca and Cocaine: Effects on People and Policy in Latin America, and "Colombia: National Front and Economic Development," en Robert Wesson, ed., Politics, Policies and Economic Development in Latin America.

13. Adicionalmente, otros artículos sobre Colombia en los que he participado como co-autor incluyen: "Colombia: The Drug Dilemma," con Juan Gabriel Tokatlian, "Colombian Foreign Policy in the 1980s," con Juan Gabriel Tokatlian, en Monica Hirst, ed., Continuity and Change en US-Latin American Relations, "Contemporary Peasant Organizations in Colombia: The Case of the National Association of Peasant Workers (ANUC)," con

Fernando Botero Zea, "Popular Mobilization Programs of the National Front: Cooptation and Radicalization," con Matthew Edel, en Albert Berry, Ronald Hellman, y Mauricio Solaun, eds., <u>Politics of Compromise: Coalition Government in Colombia</u>, "The Private Sector and Public Housing," con Fernando Botero Zea, en Gabriel Murillo and Elizabeth Ungar, eds., <u>Politics, Public Housing and the Decision Making Process in Colombia</u>, "Urban Reform in Colombia: The Impact of the 'Politics of Games' on Public Policy," con Mauricio Solaun y Fernando Cepeda Ulloa, en F. Rabinowitz y F. Trueblood, eds., <u>Latin American Urban Research</u>. (Para una versión completa de mis publicaciones académicas sobre Colombia, ver CV adjuntado).

14. Regularmente me mantengo a la vanguardia de la situación política, económica, y social de Colombia leyendo documentos y reportes oficiales de los gobiernos de Colombia y Estados Unidos, como también publicaciones académicas, periódicos y revistas. También me mantengo informado de los acontecimientos en Colombia viajando al país regularmente durante el transcurso de cada año. También me mantengo en contacto con otros académicos alrededor del mundo que se especializan en temas de Colombia, y participo constantemente en conferencia académicas en Colombia y alrededor del hemisferio. Me mantengo también en contacto con otros académicos, políticos, oficiales del gobierno, diplomáticos, representantes de organizaciones internacionales, líderes de negocios, abogados, personal de organizaciones no gubernamentales, activistas de derechos humanos, y otros individuos en Colombia, los Estados Unidos, Latinoamérica y Europa.

15. Fundamentándome en mis continuas investigaciones en Colombia, en mi opinión, Colombia por décadas ha sido (y continúa siendo en 2015) un país altamente peligroso y violento. La incapacidad del gobierno Colombiano de controlar el esparcimiento de criminalidad, narcotráfico, o los grupos armados, guerrillas, y paramilitares como las Autodefensas Unidas de Colombia (AUC) que operan activamente por todo el territorio nacional sigue siendo una realidad principal en el país en la actualidad (2014/2015).

16. A pesar de algunas mejoras en años recientes durante las administraciones del presidente Álvaro Uribe Vélez (2002-2006; 2006-2010) y los esfuerzos continuos del actual presidente del país, Juan Manuel Santos (2010-2014; 2014-2018), durante la década de los 1990s y 2000s Colombia estaba considerado como uno de los más peligrosos y violentos países del mundo con una tasa de homicidios que alcanzo 33 por cada 100,000 habitantes.

17. La acusación en contra del ex Gobernador Gómez Cerchar acusándolo de estar envuelto en actividades ilícitas fueron hechas por dos líderes paramilitares que se encuentran encarcelados en los Estados Unidos – específicamente Salvatore Mancuso y Arnulfo Sánchez (alias "Pablo"). El testimonio de estos criminales convictos ex líderes paramilitares y sus asociados es altamente sospechoso y la veracidad de sus acusaciones no contienen evidencia empírica para sustentar sus declaraciones.

18. Ambos líderes paramilitares y algunos de sus subordinados han acusado al Sr. Gómez Cerchar de una presunta participación con estos grupos ilícitos y haber "facilitado" sus actividades criminales en la región de Guajira.

19. El Sr. Gómez Cerchar no está asociado como líder o miembro de ninguna organización paramilitar, tampoco hay evidencia contundente que demuestre que él ha organizado y/u operado su propia red criminal en el departamento de Guajira o ningún otro lugar de Colombia.

20. La falta de denuncias en los Estados Unidos en contra del Sr. Gómez Cerchar en un claro indicador de la ausencia de evidencia de pruebas fidedignas en su contra y de la naturaleza sospechosa naturaleza de las acusaciones de los criminales que han sido inducidos para lanzar insostenibles acusaciones en su contra.

Yo juro que este testimonio es verídico.

_____
Dr. Bruce Bagley
Diciembre 15, 2015.

ROSE KETLIE GLEMAUD
Notary Public - State of Florida
Commission # FF 217711
My Comm. Expires May 14, 2019
Bonded through National Notary Assn.

Rose Ketlie Glemaud
December 15, 2015

5