```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------
UNITED STATES OF AMERICA

    -v-                                          19-cr-765 (JSR)

BRUCE BAGLEY,                           ORDER

        Defendant.

------------------------------------------------------

JED S. RAKOFF, U.S.D.J.:

On January 20, 2022, during a telephone conference conducted without transcription or recording at which counsel for the Government and the Defendant were present, the Defendant made an oral motion for a postponement of his surrender date from January 25, 2022 to March 4, 2022 at 2:00. The Defendant requested this postponement to accommodate a surgery and subsequent recovery time that had to be rescheduled due to COVID-19. The Government did not oppose this motion.

The Court grants Defendant's motion. The Defendant shall surrender on March 4, 2021 at 2:00 p.m. at the institution designated by the Bureau of Prisons.

SO ORDERED.

New York, NY  
January 20, 2022

                                                      JED S. RAKOFF, U.S.D.J.

1