USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                    :
UNITED STATES OF AMERICA          :
                    :
                    :
                    :      1:21-cr-193-GHW
          -against-         :
                    :      <u>ORDER</u>
ERIC SPENCER,                  :
                    :
              Defendant.:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The Court has received the January 19, 2022 application by Mr. Bansal on behalf of Mr. Spencer for a bail review hearing, Dkt. No. 36. The Court will hold a conference to discuss the application on January 27, 2022 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to appear for the conference at that time.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 36.

       SO ORDERED.

Dated: January 20, 2022
New York, New York

                                                      GREGORY H. WOODS
                                               United States District Judge